IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANGELA PERRYMAN-DYER,

    Plaintiff,

vs.                                                       4:07-CV-409-SPM/WCS

MICHAEL J. ASTURE,
Commissioner of the Social
Security Administration,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

      **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 14). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this order.

2. The Defendant's motion for remand (doc. 13) is *granted*.

3. The Commissioner's decision to deny benefits is *reversed*.

4. This case is *remanded* to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

5. The Clerk shall enter final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

**DONE AND ORDERED** this fourteenth day of April, 2008.

　　　　　　　　　　　　　　　　s/ Stephan P. Mickle
　　　　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　　　　United States District Judge